UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARCUS SHEPPERD,

                            Petitioner,                                    18 **CIVIL** 4847 (KMK)

-against-

UNITED STATES OF AMERICA,

                            Respondent.
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                         11 **CR.** 630 (KMK)

-against-                                                        **JUDGMENT**

MARCUS SHEPPERD,

                            Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 5, 2022, the Petition is dismissed with prejudice. Judgment is entered for Respondent; accordingly, case No. 18-CV-4847 is closed.

**DATED:**  New York, New York
           April 6, 2022

                                                                   **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                       **BY:**
                                                                      **Deputy Clerk**